**FILED**
JUN 30 2008
Jun 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

STATE OF ILLINOIS
    Plaintiff

v.

ROOSEVELT DAVIS
    Defendant(s)

C 08CV3710
JUDGE LINDBERG
JT MAGISTRATE JUDGE SCHENKIER

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, ROOSEVELT DAVIS , declare that I am the ☐plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # N73889   Name of prison or jail: East Moline 6C
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: $18.80

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: December 2004
      Monthly salary or wages: $12.00 Hrly
      Name and address of last employer: Dawna Swanson agency/American Family Ins. Evanston Il 60602

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes  ☒No
      Amount_____ Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                ☐Yes    ☒No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

    f.    ☐Any other sources (state source:_____ )    ☐Yes    ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 6/13/08

_Roosevelt Davis_
Signature of Applicant

_Roosevelt Davis_
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Roosevelt Davis_, I.D.# _N73889_, has the sum of $ _7.10_ on account to his/her credit at (name of institution) _East Moline Correctional Center_. I further certify that the applicant has the following securities to his/her credit: _Inmate Payroll_. I further certify that during the past six months the applicant's average monthly deposit was $ _46.70_. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_6-18-08_
DATE

_Fonda Ishmael - Account Tech_
SIGNATURE OF AUTHORIZED OFFICER

_Fonda Ishmael_
(Print name)

Rev. 7/18/02

```
Date:   6/18/2008                    East Moline Correctional Center              Page 1
Time:   6:42am                               Trust Fund
d_list_inmate_trans_statement_composite   Inmate Transaction Statement
```

REPORT CRITERIA - Date: 01/01/2008 thru End;   Inmate: N73889;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N73889 Davis, Roosevelt**                    **Housing Unit: EMO-U1-06-23**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 01/02/08 | AP Correction | 88 Copies/Library | 002522 | Chk #91048 Voided | 030223 - Central Inmate Benefi | .10 | .10 |
| 01/02/08 | AP Correction | 88 Toastmaster's Dues | 002522 | Chk #91048 Voided | Central Inmate Benefit Fund | 3.00 | 3.10 |
| 01/15/08 | Payroll | 20 Payroll Adjustment | 015143 | | P/R month of 12/2007 | 28.80 | 31.90 |
| 01/16/08 | Disbursements | 83 Copies | 016343 | Chk #93598 | 142096, DOC: 523 Fund Inmate R, Inv. Date: 01/15/2008 | -4.50 | 27.40 |
| 01/16/08 | Disbursements | 81 Legal Postage | 016343 | Chk #93598 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 12/24/2007 | -.82 | 26.58 |
| 01/16/08 | Disbursements | 81 Legal Postage | 016343 | Chk #93598 | 141843, DOC: 523 Fund Inmate R, Inv. Date: 01/08/2008 | -.41 | 26.17 |
| 01/16/08 | Disbursements | 83 Copies | 016343 | Chk #93598 | 142087, DOC: 523 Fund Inmate R, Inv. Date: 01/15/2008 | -.40 | 25.77 |
| 01/16/08 | Disbursements | 81 Legal Postage | 016343 | Chk #93598 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 12/24/2007 | -.41 | 25.36 |
| 01/16/08 | Disbursements | 80 Postage | 016343 | Chk #93598 | 142049, DOC: 523 Fund Inmate R, Inv. Date: 01/15/2008 | -.82 | 24.54 |
| 01/16/08 | Disbursements | 83 Copies | 016343 | Chk #93598 | 142089, DOC: 523 Fund Inmate R, Inv. Date: 01/15/2008 | -.90 | 23.64 |
| 01/16/08 | Disbursements | 83 Copies | 016343 | Chk #93598 | 142090, DOC: 523 Fund Inmate R, Inv. Date: 01/15/2008 | -.40 | 23.24 |
| 01/16/08 | Disbursements | 81 Legal Postage | 016343 | Chk #93598 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 12/24/2007 | -2.90 | 20.34 |
| 01/16/08 | Disbursements | 83 Copies | 016343 | Chk #93598 | 142088, DOC: 523 Fund Inmate R, Inv. Date: 01/15/2008 | -1.00 | 19.34 |
| 01/16/08 | Disbursements | 83 Copies | 016343 | Chk #93598 | 142092, DOC: 523 Fund Inmate R, Inv. Date: 01/15/2008 | -.90 | 18.44 |
| 01/24/08 | Point of Sale | 60 Commissary | 024754 | 415292 | Commissary | -15.60 | 2.84 |
| 02/05/08 | Mail Room | 01 MO/Checks (Not Held) | 036232 | 08-863252971 | No Name | 50.00 | 52.84 |
| 02/06/08 | Point of Sale | 60 Commissary | 037754 | 416229 | Commissary | -49.30 | 3.54 |
| 02/07/08 | Mail Room | 01 MO/Checks (Not Held) | 038232 | 449715 | Benson, Elin | 50.00 | 53.54 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 046143 | | P/R month of 01/2008 | 28.80 | 82.34 |
| 02/19/08 | Disbursements | 80 Postage | 050357 | Chk #93744 | 142645, DOC: 523 Fund Inmate R, Inv. Date: 02/11/2008 | -9.55 | 72.79 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050357 | Chk #93744 | 142123, DOC: 523 Fund Inmate R, Inv. Date: 01/16/2008 | -1.30 | 71.49 |
| 02/19/08 | Disbursements | 90 Medical Co-Pay | 050357 | Chk #93744 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 01/31/2008 | -2.00 | 69.49 |
| 02/27/08 | Point of Sale | 60 Commissary | 058754 | 417340 | Commissary | -63.02 | 6.47 |
| 03/13/08 | Disbursements | 80 Postage | 073357 | Chk #93842 | 143156, DOC: 523 Fund Inmate R, Inv. Date: 03/05/2008 | -.41 | 6.06 |
| 03/13/08 | Disbursements | 80 Postage | 073357 | Chk #93842 | 143046, DOC: 523 Fund Inmate R, Inv. Date: 02/28/2008 | -.82 | 5.24 |
| 03/13/08 | Disbursements | 90 Medical Co-Pay | 073357 | Chk #93842 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 03/04/2008 | -2.00 | 3.24 |
| 03/13/08 | Disbursements | 81 Legal Postage | 073357 | Chk #93842 | 142844, DOC: 523 Fund Inmate R, Inv. Date: 02/20/2008 | -.41 | 2.83 |
| 03/13/08 | Disbursements | 80 Postage | 073357 | Chk #93842 | 143043, DOC: 523 Fund Inmate R, Inv. Date: 02/28/2008 | -.58 | 2.25 |
| 03/13/08 | Disbursements | 80 Postage | 073357 | Chk #93842 | 143247, DOC: 523 Fund Inmate R, Inv. Date: 03/10/2008 | -.41 | 1.84 |
| 03/17/08 | Payroll | 20 Payroll Adjustment | 077143 | | P/R month of 02/2008 | 19.20 | 21.04 |
| 03/20/08 | Point of Sale | 60 Commissary | 080755 | 419218 | Commissary | -19.07 | 1.97 |
| 04/11/08 | Payroll | 20 Payroll Adjustment | 102143 | | P/R month of 03/2008 | 19.20 | 21.17 |
| 04/14/08 | Disbursements | 81 Legal Postage | 105357 | Chk #94004 | 143368, DOC: 523 Fund Inmate R, Inv. Date: 03/14/2008 | -1.14 | 20.03 |

6/18/2008  
me: 6:42am  
mate_trans_statement_composite

East Moline Correctional Center  
Trust Fund  
Inmate Transaction Statement

123

REPORT CRITERIA - Date: 01/01/2008 thru End;  Inmate: N73889;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: N73889 Davis, Roosevelt**  
**Housing Unit: EMO-U1-06-23**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/14/08 | Disbursements | 81 Legal Postage | 105357 | Chk #94004 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 04/07/2008 | -4.07 | 15.96 |
| 04/14/08 | Disbursements | 81 Legal Postage | 105357 | Chk #94004 | 143369, DOC: 523 Fund Inmate R, Inv. Date: 03/14/2008 | -.82 | 15.14 |
| 04/14/08 | Disbursements | 81 Legal Postage | 105357 | Chk #94004 | 143606, DOC: 523 Fund Inmate R, Inv. Date: 03/28/2008 | -.41 | 14.73 |
| 04/21/08 | Point of Sale | 60 Commissary | 112760 | 421796 | Commissary | -14.65 | .08 |
| 05/14/08 | Mail Room | 01 MO/Checks (Not Held) | 135232 | 08-889953672 | Yarborough, A | 25.00 | 25.08 |
| 05/14/08 | Mail Room | 01 MO/Checks (Not Held) | 135232 | 08-889953673 | Yarborough, A | 25.00 | 50.08 |
| 05/16/08 | Payroll | 20 Payroll Adjustment | 137143 | | P/R month of 04/2008 | 19.20 | 69.28 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137357 | Chk #94151 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/07/2008 | -.58 | 68.70 |
| 05/16/08 | Disbursements | 90 Medical Co-Pay | 137357 | Chk #94151 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/12/2008 | -2.00 | 66.70 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137357 | Chk #94151 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 05/13/2008 | -.41 | 66.29 |
| 05/16/08 | Disbursements | 88 File#08-0515 | 137357 | Chk #94156 | Chicago Police Department, Inv. Date: 05/16/2008 | -2.32 | 63.97 |
| 05/27/08 | Point of Sale | 60 Commissary | 148754 | 424400 | Commissary | -58.58 | 5.39 |
| 06/12/08 | Mail Room | 01 MO/Checks (Not Held) | 164232 | 056391 | Jones, Jamia | 15.00 | 20.39 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165143 | | P/R month of 05/2008 | 19.20 | 39.59 |
| 06/17/08 | Point of Sale | 60 Commissary | 169754 | 425930 | Commissary | -32.19 | 7.40 |

| | |
|---|---|
| Total Inmate Funds: | 7.40 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 7.10 |
| Funds Available: | .30 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/22/2008 | | Disb | Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $3.25 |
| 05/27/2008 | | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.97 |
| 06/12/2008 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.84 |
| 06/16/2008 | 807 | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.84 |
| 06/17/2008 | | Disb | Legal Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.20 |
| | | | | **Total Restrictions:** | **$7.10** |