IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>    ROOSEVELT DAVIS, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | )   No. 08 C 3710<br>) |
| GENE JUNGWIRTH, | )   The Honorable<br>)   George W. Lindberg, |
| Respondent. | )   Judge Presiding. |

**NOTICE OF MOTION**

To:   Roosevelt Davis, N73889        Roosevelt Davis
      100 Hillcrest Road             7211 N. Bell, Apt. 1W
      East Moline, Illinois 61244    Chicago, Illinois 60645

On Wednesday, July 30, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable George W. Lindberg, or any judge sitting in his stead, in Courtroom 1425, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's **Motion To Dismiss Petitioner's Petition For A Writ Of Habeas Corpus Without Prejudice For Failure To Exhaust Available State Court Remedies.**

July 22, 2008                                Respectfully submitted,

                                             LISA MADIGAN
                                             Attorney General of Illinois

                                      By:    /s/ Charles Redfern
                                             CHARLES REDFERN, Bar # 6283811
                                             Assistant Attorney General
                                             100 W. Randolph Street, 12th Floor
                                             Chicago, IL 60601-3218
                                             PHONE: (312) 814-3565
                                             FAX: (312) 814-2253
                                             EMAIL: credfern@atg.state.il.us